THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Bernard McFadden,       
Appellant.
 
 
 

Appeal From Sumter County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-502
Submitted October 1, 2004  Filed October 
 7, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Cecil 
 Kelley Jackson, Third Circuit Solicitor's Office, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Bernard McFadden was convicted 
 of assaulting a law enforcement officer.  He was sentenced to eight years imprisonment.  
 McFaddens appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  McFadden filed a pro se response with the Court.
After a review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 GOOLSBY, ANDERSON, and WILLIAMS, JJ., 
 concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.